**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | CV 20-123-BLG-SPW-KLD |
| Plaintiff, | |
| vs. | ORDER |
| S.D. HELGESON, INC., d/b/a STAN HELGESON HOMES; SKRM, INC., d/b/a HELGESON HOMES; DALE M. SMITH; MARIE SMITH; and DOES 1-5, | |
| Defendants. | |

Upon the Plaintiff's Notice of Dismissal (Doc. 4), and for good cause being shown,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the preliminary pretrial conference set for Thursday, November 5, 2020 at 10:30 a.m. before Magistrate Judge Kathleen L. DeSoto is **VACATED**.

1

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this _30th_ day of September, 2020.

_Susan P. Watters_

SUSAN P. WATTERS
U. S. DISTRICT JUDGE